No. 90–861.  WIGINTON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–876.  ALAYON *v.* MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 90–930.  BARTELS *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 8th Cir.  Certiorari denied.

No. 90–938.  GUNN ET AL. *v.* PALMIERI ET AL.  C. A. 2d Cir. Certiorari denied.

No. 90–5621.  CAPPS *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 90–5701.  ARNOLIE *v.* SECRETARY OF THE NAVY.  C. A. 9th Cir.  Certiorari denied.

No. 90–5769.  MCMULLIN *v.* NIX, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 90–5923.  CARDONA *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 90–5947.  HATCHER ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 90–5952.  SUTTON *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 90–5982.  LEVY *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–6022.  SMITH *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–6090.  DRUMMOND *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 90–6153.  BOUT *v.* HARRISON ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–6173.  BIENVILLE *v.* UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 90–6189.  SRUBAR *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.